IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DSG ENTERTAINMENT SERVICES INC. (f/k/a Deluxe Entertainment Services Inc.),<br><br>Plaintiff Below,<br>Appellant,<br><br>v.<br><br>DLX ACQUISITION CORPORATION and DELUXE MEDIA INC.,<br><br>Defendants Below,<br>Appellees. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 185, 2021<br><br>Court Below – Court of Chancery of the State of Delaware<br><br>C.A. No. 2020-0618-MTZ |

Submitted: February 9, 2022
Decided: February 21, 2022
Corrected: February 22, 2022

Before **SEITZ**, Chief Justice; **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

## **ORDER**

On this 21st day of February, 2022, after careful consideration of all the briefs and the record on appeal, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the March 29, 2021 opinion and the May 19, 2021 order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:
*/s/ Tamika R. Montgomery-Reeves*

Justice